**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 26-cv-4930-WJM

KATHERINE ORTIZ GARCIA,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility, *et al*.

Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

---

Before the Court is Petitioner Katherine Ortiz Garcia's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Aurora ICE Processing Center; George Valdez, in his official capacity as Denver Field Office Director for U.S. Immigration and Customs Enforcement; David J. Venturella, in his official capacity as Senior Official of U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as U.S. Attorney General, with a copy of the Petition, and all accompanying papers, along with a copy of this Order, **by electronic mail on or before tomorrow, October 7, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why the Petition should not be granted by no later than **October 15, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

**Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 6th day of October, 2026.

BY THE COURT:

William J. Martinez
Senior United States District Judge